UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

------------------------------------X

IN RE:  Request from Turkey Pursuant      )
    to the Treaty on Extradition and     )
    Mutual Assistance in Criminal        )
    Matters Between the United States    )
    of America and the Republic of       )
    Turkey                                )

------------------------------------X

APPLICATION FOR ORDER PURSUANT TO AN AGREEMENT
ON MUTUAL LEGAL ASSISTANCE IN CRIMINAL MATTERS
AND TITLE 28, UNITED STATES CODE, SECTION 1782

The United States of America petitions this Court for an Order, pursuant to Article 25 of the Treaty on Extradition and Mutual Assistance in Criminal Matters Between the United States of America and the Republic of Turkey, which entered into force January 1, 1981, 32 U.T.S. 3111, 1981 WL 375754, 28 U.S.C. § 1782, and the Court's own inherent authority, appointing Karen L. Goodwin, Assistant U.S. Attorney, as Commissioner to collect evidence from witnesses and to take such other action as is required to execute the attached request from Turkey made pursuant to said Treaty.

Respectfully submitted,

MICHAEL K. LOUCKS
ACTING UNITED STATES ATTORNEY

By: /s/ Karen L. Goodwin
KAREN L. GOODWIN
Assistant United States Attorney
300 State Street
Springfield, MA 01105
413-785-0235

Dated:    10/9/09